Rebecca Grey  (State Bar No. 194940)
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981
Email: grey@greylaw-sf.com

Attorney for Plaintiff and Counterdefendant,
DEVRA BOMMARITO

Sean P. Nalty (State Bar No. 121253)
sean.nalty@ogletreedeakins.com
Shivani Nanda (State Bar No. 253891)
shivani.nanda@ogletreedeakins.com
Cara F. Barrick (State Bar No. 303107)
cara.barrick@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| DEVRA BOMMARITO, an individual, | Case No. 2:15-cv-01187-WBS-CKD (TEMP) |
| Plaintiff and Counterdefendant, | **ORDER** |
| v. | Complaint Filed: June 1, 2015 |
| | Trial Date: February 28, 2017 |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and MARK MAJEWSKI, | Judge: Hon. William B. Shubb |
| Defendant and Counterclaimant. | |

-1-

[PROPOSED] ORDER                              Case No. 2:15-cv-01187-WBS-CKD (TEMP)

**ORDER**

Upon consideration of the Parties' Joint Stipulation and Request to Modify the October 7, 2015 Pretrial Scheduling Order, the Court GRANTS the Parties' request to adopt the following schedule in this action:

Date for initial expert disclosures cut-off: February 10, 2017

Rebuttal expert disclosures cut-off: March 10, 2017

Date for discovery cut-off: April 7, 2017

Date for last day to hear discovery motions: April 7, 2017

Date for last day to hear all motions, except for motions for continuances, temporary restraining orders, or other emergency applications: **June 26, 2017, 1:30 p.m.**

Final Pretrial Conference: **September 11, 2017 at 1:30 p.m.**

Jury Trial date: **October 24, 2017 at 9:00 a.m.**

Dated:  May 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE