UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRA BOMMARITO, | No. 2:15-cv-1187 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and MARK MAJEWSKI, | |
| Defendants | |
| AND RELATED COUNTERCLAIMS. | |

On December 15, 2016, the parties filed a stipulation and proposed protective order. (ECF No. 26.) Local Rule 141.1(c), provides that a proposed protective order must include:

> (1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);
>
> (2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and
>
> (3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

////

1       Here, the parties' proposed protective order fails to comply with Local Rule 141.1(c).  In this regard, the parties' proposed protective order states simply:

> Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted.

(ECF No. 26 at 2.)

      Accordingly, IT IS HEREBY ORDERED that the parties' December 15, 2016 stipulation and proposed protective order (ECF No. 26) is denied without prejudice to renewal.

Dated:  December 16, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bommarito1187.stip.prot.den