Rebecca Grey (State Bar No. 194940)
grey@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981

Attorney for Plaintiff and Counterdefendant,
DEVRA BOMMARITO

Sean P. Nalty (State Bar No. 121253)
sean.nalty@ogletreedeakins.com
Shivani Nanda (State Bar No. 253891)
shivani.nanda@ogletreedeakins.com
Cara F. Barrick (State Bar No. 303107)
cara.barrick@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| DEVRA BOMMARITO, an individual,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and MARK MAJEWSKI,<br><br>　　　　Defendant and Counterclaimant. | No. 2:15-cv-01187-WBS-DB<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

Plaintiff and Counterdefendant DEVRA BOMMARITO ("Plaintiff") and Defendant and Counterclaimant THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY ("Defendant")(collectively "the Parties"), hereby submit the following stipulation to modify the dates for the disclosure of experts in this matter based on the following:

This proposed modification to the scheduling order will not impact the other dates stated in the Order other than the dates concerning the disclosure of experts and discovery directed toward those experts. The disclosure of experts in this matter currently is set for December 15, 2017. The disclosure of rebuttal experts currently is set for January 19, 2018.

Defendant will file a motion for summary judgment that should be heard in January 2018. Defendant contends that plaintiff's complaint is preempted by the Employee Retirement Income Security Act ("ERISA") and that plaintiff's claim for breach of the covenant of good faith and fair dealing lacks merit under the genuine dispute doctrine. The Parties want to disclose experts after a decision is made on this motion because the outcome of the motion will impact expert disclosure. The Parties agree that the most economical way to handle the prosecution of this action is to spend the money on the preparation of expert reports only after it is determined by the outcome of the motion for summary judgment if experts will be necessary. Expert disclosures and experts will not be necessary if this matter is governed by ERISA.

Accordingly, the Parties hereby stipulate that the disclosure of experts in this matter shall be March 5, 2018. The disclosure of rebuttal experts shall be March 19, 2017. Discovery directed to the experts shall be completed by April 6, 2018.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| DATED: November 13, 2017 | | THE GREY LAW FIRM, P.C. |
| | | By: /s/ Rebecca Grey |
| | | Rebecca Grey |
| | | Attorney for Plaintiff and Counterdefendant |
| | | DEVRA BOMMARITO |
| DATED: November 13, 2017 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | | By: /s/ Sean P. Nalty |
| | | Sean P. Nalty |
| | | Shivani Nanda |
| | | Attorneys for Defendant and Counterclaimant |
| | | THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Date for initial disclosure of experts: March 5, 2018.
2. Date for disclosure of rebuttal experts: March 19, 2018.
3. Date to complete discovery directed at experts: April 6, 2018.[1]

Dated: December 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\bommarito1187.stip.eot.sched.ord

---

[1] As explained by the assigned District Judge's October 8, 2015 scheduling order, "[t]he word 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." (ECF No. 15 at 2-3.)