Rebecca Grey (State Bar No. 194940)
grey@greylaw-sf.com
THE GREY LAW FIRM, P.C.
177 Post Street, Suite 750
San Francisco, California 94108
Telephone: (415) 262-9926
Facsimile: (415) 262-9981

Attorney for Plaintiff and Counterdefendant
DEVRA BOMMARITO

Sean P. Nalty (State Bar No. 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRA BOMMARITO, an individual,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and MARK MAJEWSKI,<br><br>Defendant and Counterclaimant. | Case No. 2:15-cv-01187-WBS-DB<br><br>**JOINT STIPULATION AND REQUEST TO CHANGE THE DATE TO FILE THE REPLY BRIEF RE: DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THE APPLICATION OF ERISA; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: June 1, 2015<br>Current Trial Date: July 17, 2018<br>Judge: Hon. William B. Shubb |

JOINT STIPULATION AND REQUEST TO CHANGE THE DATE TO FILE
THE REPLY BRIEF RE: DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AND THE APPLICATION OF ERISA

Case No. 2:15-cv-01187-WBS-DB

Plaintiff and Counterdefendant DEVRA BOMMARITO ("Plaintiff") and Defendant and Counterclaimant THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY ("Defendant"), through their undersigned counsel hereby request that the Court modify the briefing schedule for Defendant's motion for partial summary judgement and the application of ERISA to this matter as follows:

Defendant's motion for the application of ERISA to this matter and for partial summary judgment ("the Motion") was filed on February 26, 2018. Pursuant to the stipulation of the parties and approval of the Court, a briefing schedule was establish under which Plaintiff's opposition to the Motion must be filed by May 29, 2018, Defendant's reply to the oppositon must filed by June 11, 2018, and the hearing date on the Motion is July 9, 2018.

Counsel for defendant must attend a court mandated settlement conference in Florida on June 2, 2018 which was set after the Parties entered into the stipulation discussed above. Counsel for defendant also has a significant brief due in another matter on June 5, 2018. Finally, the associate attorney who worked on this matter, Shivani Nanda, left Ogletree Deakins several months ago and no replacement has been hired as yet. Based on these factors, the Parties through their counsel of record hereby stipulate that the date for filing the rely to Plaintiff's opposition to the Motion can be extended from June 11, 2018 to June 18, 2018. The Parties respectfully request that the Court approve this extension.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 16, 2018    THE GREY LAW FIRM, P.C.

By: /s/ *Rebecca Grey*
Rebecca Grey
Attorney for Plaintiff and Counterdefendant
DEVRA BOMMARITO

-2-

JOINT STIPULATION AND REQUEST TO CHANGE THE DATE TO FILE    Case No. 2:15-cv-01187-WBS-DB
THE REPLY BRIEF RE: DEFENDANT'S MOTON FOR PARTIAL SUMMARY
JUDGMENT AND THE APPICATION OF ERISA

Dated: May 16, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Sean P. Nalty*
Sean P. Nalty
Attorneys for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: May 16, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Sean P. Nalty*
Sean P. Nalty
Attorneys for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

Pursuant to the stipulation of the parties, the date for Defendant to file its reply to Plaintiff's opposition to Defendant's motion for partial summary judgment and the application of ERISA is extended from June 11, 2018 to June 18, 2018.

IT IS SO ORDERED.

Dated: May 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-
JOINT STIPULATION AND REQUEST TO CHANGE THE DATE TO FILE THE REPLY BRIEF RE: DEFENDANT'S MOTON FOR PARTIAL SUMMARY JUDGMENT AND THE APPICATION OF ERISA

Case No. 2:15-cv-01187-WBS-DB