Sean P. Nalty (State Bar No. 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorney for Defendant and Counterclaimant
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRA BOMMARITO, an individual, | Case No. 2:15-cv-01187-WBS-DB |
| Plaintiff and Counterdefendant, | **JUDGMENT** |
| v. | Complaint Filed: June 1, 2015<br>Current Trial Date: December 4, 2018<br>Judge: Hon. William B. Shubb |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and MARK MAJEWSKI, | |
| Defendant and Counterclaimant. | |

Pursuant to the stipulation of the parties signed on August 30, 2018, and the July 23, 2018 order granting Defendant NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY's motions for the Application of ERISA to this matter and for partial summary judgment, the Court hereby enters judgment in favor of Defendant and Counterclaimant THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and against Plaintiff and Counterdefendant DEVRA BOMMARITO, on Plaintiff's Complaint for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing filed in this matter.

Moreover, based on the stiplation of the parties, NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S counterclaim against Plaintiff and Counterdefendant DEVRA BOMMARITO is dismissed without prejudice.

The Court will determine the amount, if any, of costs of suit to which NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY is entitled in response to the appropriate post-judgment submissions and motion practice.

IT IS SO ORDERED AND ADJUDICATED.

Dated: August 31, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE